THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEBRA R. MAGRO, Appellant. [604 NYS2d 840] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Connell, J.—Grand Larceny, 4th Degree.) Present—Callahan, J. P., Balio, Lawton, Boomer and Boehm, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE GONZALEZ, Appellant. [604 NYS2d 856] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Onondaga County Court, Burke, J.—Criminal Possession Controlled Substance, 3rd Degree.) Present—Callahan, J. P., Balio, Lawton, Boomer and Boehm, JJ.